Oh Oh Mr. Nace is that correct? Yes. Yeah, and you set aside five minutes of your time for yes. Yeah, okay I mean just a second. Let's go counsel. Oh, yeah, sir, okay Please the court counsel Christopher Nace on behalf of this disease solutions This disease solutions respectfully brings this appeal Because the district court erroneously imposed a heightened pleading standard at the rule 12b 6 stage The district court erred because it failed to appreciate that the abrogation of rule 84 and form 18 Did not overturn this court's Address a kind of like a threshold question that I have here in Your motion to amend the judgment and also your motion for reconsideration Do I understand correctly that up until that point in time you had not filed a second amended motion or actually even a motion to? amend the complaint We had not filed them. That's correct. We had not filed a motion. Why didn't you do that? Well at the time we in our Responsive brief we indicated it and albeit in a footnote. You know that if the court agreed that our Pleading was inadequate. We asked for leave to amend We did not file a separate motion at the time 11th Circuit law is pretty clear and consistent that footnote contained in an opposition to a motion to dismiss Doesn't serve as a valid request to amend Posner v Essex and Rosenberg v gold in the 11th Circuit stand for the at that express principle How do you get by him? well, I think that the the 11th Circuit also has a strong precedent for allowing parties that when there is a Motion to dismiss or a rule 12b 6 motion where the deficiency in the pleading can be corrected by an amendment The 11th Circuit has strong precedent that says the party ought to be able and given that opportunity you asked for it I don't know that I you're not you're not answering my question. No, I mean to answer in this regard I Was thinking about about your exact question about whether? Asking for it is the only way Under the rules of civil procedure that you get the opportunity to amend and the reason that I'm thinking that is no Sometimes you can amend it, right if you do it early enough, that's right And oftentimes in fact scheduling orders generally have included in them Deadlines by which pleadings are to be amended as well So I don't believe that rule 15 is is the sum and substance of the entire opportunity to amend And it is when you get to that point According to the 11th Circuit. Well, yes this rule 15 specified that Procedure through which you have to ask Does it does it say you have to file a motion? there is a local rule in the in the middle district that indicates and I believe it's also 11th Circuit rules as case law as well that indicates that the way to present a Request to the court is through motion. We don't disagree with that. That case law is what it is My point on the amendment though, and again, this is what I was contemplating as I was preparing today Is that you do have rule 15 that lays out that when you have can amend as a matter of right when you have to? Ask parties consent when you have to ask court consent, but you also have under scheduling orders a deadline that is often set by when you can make amendments to pleadings in part because things come up in discovery and The scheduling orders often permit an opportunity to amend even after Certain deadlines have come and gone and that's and the reason I raise that is because if you have a scheduling order, which was suspended which was delayed in this case on the request of The defendant appellees that we not enter a scheduling order while the briefing was taking place an issue that we opposed But if you have that deadline Set by the scheduling order. I Think you still then have a can amend as a matter of right at that point Once the scheduling order says this is the deadline by which amendments are to be but you never did Um, you know didn't move to amend. We did not move to amend. We we Well, we again we We believe that that even though it wasn't a footnote and I and I agree with your honor that the case law in the 11th Circuit is that a footnote is is not the appropriate way but again when you get into the strong preference in the 11th circuit to have decisions cases decided on the merits and when you have The strong inference that if a pleading can be corrected by amendment that plaintiffs ought to be given that opportunity I think at that point when you're looking at whether we asked in in a footnote whether it was by motion to Reconsider by a request to alter or amend the judgment There's a whole host of ways to get there. Not only by the way The fact that the pleading was that the case was dismissed with prejudice if it had been dismissed without prejudice then we could have refiled in a Analysis on that comes down to futility Can I ask you something? I'm a little surprised that you made that statement because it seems to me the fact that it the Original decision by the district court. It wasn't clear to me whether it was with prejudice or without prejudice And so therefore it's hard to say that your motion to amend at that point was late Well, we didn't we didn't know if it was we agree your honor. We didn't think it was clear Ourselves anyway, it didn't say and then the motion to dismiss With was it with prejudice or without prejudice? I thought if I remember correctly Maybe it was the last page of the motion to dismiss said with prejudice But as far as the defendant appellate is pleading. Yes Your honor. I don't know the answer to that question off the top of my head I do know that one one of the steps we took after the order was issued was to alter or amend For that purpose to make it so that it was without prejudice and it was really when we got an answer to that That I think we were clear that it was with prejudice because we had we had the same Review and I think the case law and the rules indicate that if a decision is you know It's on the merits if it's with prejudice, obviously So we weren't quite clear in that which was part of the reason we took some of the steps we did afterwards There's alternative pleadings that you file correct and one of those was to try and get some clarity I Candidly, I think we were we were hoping the court would come back and say of course It's without prejudice as the 11th Circuit permits We want we want matters to be decided on the pleading on the merits of the case And yes, it's without prejudice refile a different complaint. Of course this all Presupposes that we feel that our complaint was certainly sufficient I'd like to ask you about your original pleading And in particular I'd like to just jump quickly just so I don't forget to ask you this a contributory infringement I'd like to ask you a question about that Because it seems to me that you don't say much at all in that original complaint about contributory infringement and for contributor infringement It seems that you'd have to at least allege a fact about whether this is a non-staple article of commerce or not, and there's nothing in the original complaint and so I'm just wondering. What is your position on that? What maybe you know with respect to direct infringement and induced infringement There are some facts alleged but with respect to contributory infringement something that is key to a contributory infringement Finding just is not even discussed. Well any and again that That may be the case your honor I mean, I don't know that I put up a strong argument against that that reading of the original complaint again, though I think that's where you fall into the situation where we ought to have been able to amend At least one time we weren't even given an opportunity one time I'm not going to make a strong argument and try and read into the complaint something that's not there So again, I think that comes down to the point though that we ought to have been able to to amend at least one time To to make the pleading again tighter if there was an issue on that Let's assume that that was the only issue that the court the district court felt was insufficient in the pleading was on contributory and Granted the motion to dismiss that claim in that case Would we still have been I think we still would be entitled to file an amended complaint to correct that claim at that point in time Would that have been with or without prejudice? I don't know I don't know where we would have gone with that But I think that even at that if that single claim had been dismissed Why wouldn't we under the case law be permitted to? To a file an amended complaint that fix that we're here obviously because all the claims were dismissed Why was it sufficient for you to allege that? That the accused device which you Identified by name and had pictures of why wasn't it sufficient for you to say that that embodied healthy elements of at least? One claim what why why was it sufficient for you to say at least one claim? And why did you not have to under Twombly it ball? Identify the specific claims that you were alleging. Well, I think this one claim certainly that When you look at the case law in specifically McZeo Versus print next tell my understanding of that in the citation Is that in that case? McZeo asserted Quote the technology Cellphone product line called Motorola. I 930 quote international walkie-talkie close quote offered by the defendants Comma falls within the scope of one or more claims of the patented worldwide walkie-talkie International walkie-talkie invention period so falls within one or more claims. I think that type of pleading has been Endorsed Under the case law, so I don't know that that case you were citing. Is that one that was decided after? Form 18 was abrogated it was not decided after that But then we go through a series of cases including it so McZeo obviously is one which is 501 f 3rd 1354 in re bill of lading transmission and processing system 681 f 3rd 1323 and What I think is the most recent is k tech telecoms Inc. Versus Time Warner Cable, Inc 714 f 3rd 1277 those cases K tech and bill leading in particular. They all talk about the fact that Form 18 a well-pled complaint complying with form 18 with the five factors laid out Would satisfy Twombly and Iqbal, I think that's where the trial court aired and went down an incorrect path in the regard that it looked at the abrogation of really for and form 18 as Changing the pleading requirements and in fact all of the case law and remember our complaint this part did it Twombly Iqbal analysis it did a Twombly Iqbal analysis without regard for this courts analysis of how Twombly and Iqbal would affect Pleadings without regardless of where form 18 came down I mean this court had that our cases have really just said look We're not going to decide whether it whether form 18 satisfies about Twombly We don't have to we're just going to look at the at the complaint That's before us and see if it satisfies Iqbal Twombly And that's what we said in life Lifetime for example. Well, I think that the court has said though that you can comply with Form 18 and still satisfy Iqbal Twombly. Let's let's let's say you got two minutes left of your rebuttal time Yeah, you don't really need to do that though I mean we should Maybe you're better off just talking about why you satisfy about Twombly as because you actually have more in your complaint Than form 18 does that's right. And again even beyond that Let's not forget to that our complaint was filed before Form 18 was abrogated long before it was there was a day before Oh, it was it was we were aware that it was coming. Well, I Think it was I your honor. I if I could Stand here and tell you that that was the date we needed to get this file I would I don't know that that played any role in the in the filing of it That's a candid response to you is that I don't know that that was some strategic decision We better get this in the day before we filed an amended complaint with the court attached to a motion later that we certainly were capable of filing something if we felt that the case law and the Requirements what we were going to be asked to to stand for was drastically different than what had been out in the case law before Again there's ample cases that say let's not get get hung up on form 18 these items that are contained in there Can satisfy it ball Twombly and we certainly believe that based on the precedent that our complaint did satisfy It ball Twombly and beyond that we should have been given an opportunity because the law was changing at least one time to amend. Thank you Morning your honors and may it please the court counsel Megan Kent on behalf of BGH solutions The judgment of dismissal with prejudice in this case was a result of DDS is strategic and informed decisions and then the district court making a series of decisions that were supported by the rules of federal civil procedure and the Precedent of the Supreme Court the circuit and the 11th circuit. Why why doesn't the original complaint satisfy a ball Twombly? particularly for the 509 patent where there's only one independent claim and There's an allegation that the accused device which is identified by pictures Infringes at least one claim which necessarily would have to be claim one since that's the only independent claim. Thank you your honor It ball and Twombly set forth that a claim has to be plausible on its face the plaintiff has to Present enough facts that a judge can draw a reasonable inference that the defendant is liable If the claim is identified and the accused device is identified in a picture Why isn't that enough and then there's a statement that? the thing in the picture Has all the elements of the claim? Why isn't that enough? That's not the standard for patent infringement You don't just say here's a picture. Here's a picture infringe the the standard is that each Element of at least one claim is met. Yeah, but what if what if the complaint as it does in this case says? Here's the accused device There's a picture of it. It's a inflatable what back support right correct, there's a picture of the inflatable back support and There's at least one claim that this inflatable back support has each and every element of of the claim It's not enough because to start the 509 patent is a method and it's a method of manufacture So pointing to pictures of a box of a product does not do anything to tell the judge or the defendants why? Those products are manufactured according to the claimed method This court in the light of versus CBS case laid out that to plead a Direct infringement of a method claim there have to be sufficient facts to allow The judge to reach a reasonable inference that every step of the method of the claimed method has been performed They have not done that whatsoever. So you think that requires in direct infringement cases it requires a claim chart Not necessarily your honor I think a claim chart could absolutely aid the court and aid the defendants in understanding what the plaintiff is claiming whether they plead a plausible cause of action But that could be done in the text of a complaint there if you're saying is it requires articulation Absolutely, your honor It's only prejudice involved in this case. Pardon me. Is there any prejudice involved? No, your honor Or it was your clients prejudice, let's say if the court had allowed the amended complaint At this point your honor having gone through all of that briefing. No, I'm talking about back when the when all this is going on Sure. Well at that point your honor We were evaluating quite frankly whether to to prepare an IPR and we had basis to do that So you have the basis by which to proceed in the event that a trial was worth coming That's not prejudice In evaluating. Why shouldn't the court have allowed the amendment based on the fact that it's not going to prejudice you at all It could have allowed it had the plaintiff requested an amendment But the plaintiff never requested an amendment and leave would have been freely granted had they Well, would you have opposed it on the basis of futility? Potentially. Yes, we believe looking at the amended complaint, which is not really before before this court. We would still have a basis to move to dismiss based on Them being unable to prove their their claims The problem the concern that I have with this case is that I don't see a motion to amend I actually and I went back to the timeline and I'm not sure that one was ever filed There's arguments that the court should allow us to amend but there never was a Motion to amend which carries a motion carries your prayer for relief And since this is what I want the court to do this, you know what? I think it should do in your view of the local law Is there a requirement that an actual motion to amend? Be filed right and why wasn't the footnote footnote six in the motion for reconsideration enough, right? An argument raised in a footnote is not preserved that's established 11th Circuit precedent and Federal Circuit precedent 11th Circuit provides that to To amend you need to file a motion memorandum supporting that I do think that potentially in their opposition to to amend They could have included a more robust request For leave to amend the 11th Circuit provides that you need to articulate In what way you would amend and what way it would not be futile to amend And they didn't offer the district court judge Anything for her to believe that they might be able to amend and actually be able to plead a cause practice In that locality to to allow leave for a motion to amend after a motion to dismiss has been granted It I believe would be within the district court judges Discretion to do that, but the 11th Circuit clearly states in the Wagner decision Which was an en banc decision by the 11th Circuit that a district court judge has no requirement to sue a sponte invite a plaintiff To refile have a requirement to provide a specific or a significant reason reason for the denial If the plaintiff had properly requested leave to amend under rule 15 a2, which they never did What about their motion for reconsideration and they had a they had two different kinds of pleadings following the original decision by the district court where the district court didn't indicate whether it was with or without prejudice and They attached to that an amended complaint Does that operate also is a motion for leave to file an amended complaint? No, you're does it have to be so styled? No, no, is it is it why what is your reason for why it's not sufficient it was out of time to begin 15 rule 15 of the federal rules provides that you may file a motion seeking leave to amend until judgment Judgment had been entered already in this case. They had Plenty of opportunities to speak to a lab to amend At that point in time when they were seeking reconsideration that is that is determined based on 59e of the federal rules and 11th Circuit precedent that looks at whether there was a change in fact law or some sort of clear Error, what about how the district court said and maybe I'm just just you can help me understand the record and what happened but the district court said in her decision or anyway, the district court judge said in the decision said I I Didn't indicate whether it was with prejudice or without prejudice, but now yeah, I think it's with prejudice I mean, is that what made it a final judgment or had a judgment been entered before that fact? It was just unclear whether it was with or without prejudice So the we did request it to be with prejudice in our motion today, right? But the court didn't indicate that's correct the court and courts often do this where they simply dismiss and don't indicate either way and When they don't indicate either way the presumption on a motion to dismiss Without prejudice that it is with prejudice the presumption. Yes, Your Honor and in this case the day after actually it may have been the same day that the judge's order was entered the clerk closed the case and entered judgment against closing the case and to judge the judgment and the motion to dismiss or the the Motion to dismiss and it was granted. Those were entered the same day No, no time-lapse between them, I believe so your honor It was shortly thereafter. I believe it was the same day. What is your support for the Idea that the presumption when it's not indicated that it's with prejudice on a motion to dismiss a complaint I'd have to look back in my in our brief your honor to find the case that we cited When I practiced in the Ninth Circuit, it was the presumption was without prejudice unless you obtained with prejudice Our our understanding was that it was presumed to be with prejudice on a motion to dismiss 12b6 motion to the 11 11th Circuit rule or holding or I Believe so, although recently in District of Delaware, we ran into the same issue and it was the same presumption your honor But what reasons did the court provide to support its dismissal with prejudice It pointed out that the Plaintiff had never requested leave to amend. Well, it had opportunity to do so and at the point when it was being asked to reconsider Whether it should be without prejudice or with prejudice It was meant to evaluate whether there was new law which there was not new facts Which there were not or a clear error, which there was not because the 11th Circuit specifically states that it has no obligation address undue delay bad faith Prejudice No, your honor. It did not It was not required to do so. It would have been if it were evaluating a motion to amend under 15 a to But that motion was never never brought Your honors we believe was DDS made strategic decisions throughout this case. It chose not to amend its complaint. It had opportune opportunity to do so after After its complaint within 21 days after we filed our motion to dismiss completely laying out all the reasons why we believe their complaint was deficient Elected not to do that. It had the strategy not to amend even though it had named a defunct corporation Had this aversion to amending and it didn't instead it filed its opposition to our motion to dismiss and argued in that opposition that it Continued to meet the the amended pleading standard And it dropped a footnote a half-hearted footnote, which was insufficient to to request these to amend The district court then applied the amended rules Form 18 had been abrogated And it applied those because the Supreme Court's order promulgating The amended rules was that they should apply to any case then pending so long as it was just impractical DDS again made the strategic decision It never argued that it was unjust or impractical for the amended rules to apply to it And it was so you you just you said earlier about this presumption. You said there's something in your brief that supports that Do you know where that's at? No, your honor, I don't I can I can find that I want to clarify something you said That it was unjust or impractical period and it was period It looks funny in the record. Okay. Thank you, Your Honor They did not argue that it was unjust and impractical and it was just impractical to apply to apply the amended rules I'm looking, Your Honor, at the site What are we waiting for, a citation? Yes, Your Honor, and I apologize. I'm not so it's so you think it's somewhere in your brief. I do and I'll Review and and perhaps it was not it may not have been raised. I believe that's the rule, but perhaps it's not in here But Continuing on the the district court applied a Folland-Toombley standard It didn't apply form 18 because form 18 had been abrogated and and we had argued to the district court and we believe it was a Rational with a rational basis that a plaintiff should have to plead sufficient facts to support A reasonable inference that every element of a claim is met. The district court didn't even go that far It just said that a plaintiff must make some attempt to describe the alleged infringement That's all just some attempt and in this case it found that DDS had not done that it had not gone beyond patent Product infringe which is insufficient for the district court judge to be able to to reach a reasonable inference including in particular on a method of Manufacture what about the other set of claims which are not a method of manufacture and there's only three independent claims Right. So the one one three patent your honor which relates to the product and that includes the inflatable back brace the support structure Which goes there's both an anterior and a posterior support structure as well as a means of associating those two It's a means plus function claim. It's not as simple as it appears on its face and the Simply putting a photo of a product does not provide the judge with with any ability to tell whether that means of associating The structure with the inflatable belt has been met or could be met by the plaintiff in this case and whether the plaintiff could plausibly Meet meet those elements of that claim. They don't have to prove their case, right? They just have to allege enough facts to make it plausible that there's a claim of infringement Correct your honor So but you would say that under Iqbal Twombly whenever someone files a patent complaint, there's means plus function claims They need to identify what the corresponding structure is and then identify where that is in the accused device I Would think that they should make some attempts to provide the defendant in the court with a basis to draw a reasonable inference that it Could ultimately be proven And in this case, they didn't they didn't do that What about the fact that we still have notice pleading and so there's notice pleading Do you think that in this case you had notice of what was accused of infringement and what claims were asserted? We didn't have Indication of which claims were asserted they do At least in one of them that there was one independent claim. So there I would have to be the one and we had notice of what they were alleging Which products they were alleging but that doesn't give us a basis to understand why they were alleging We infringed the the method of manufacture that BGH uses does not in any way practice these claims And and had been explained to the plaintiff and they had not provided in this complaint a reason for us to understand how we could Possibly be infringing on this method Thought a motion for a more definite statement In the alternative and the alternative we could have your honor a motion to dismiss was just equally effective And with prejudice even more so yes, okay, let's let's go back into the good rebuttal. Thank you. Thank you Thank you, I can we have two minutes. Yes I heard counsel refer to the court applying the amended pleading standard. And of course, that's why we're here There is no amended pleading standard at this point At least at the time that we filed and this matter was briefed at the trial court. There certainly was no Standard the only standard on November 30th when we filed our complaint Was the form and all the case on it and I don't want to get hung up on the form Because this court had given clear pronouncement that even if you don't have the form if you don't worry about the forms The fact is is that the factors that are contained in the old form if you plead those factors That can hold up to the Iqbal Twombly standard and that's the question here is did our complaint Satisfy Iqbal Twombly and not in a vacuum. It's not a new case on December 1 2016 it's all the case law that it come down to that point I cited for the court earlier the McZeel case where the specifically said that pleading That you infringe one or more claims that was sufficient. That was sufficient at one point What if the I'm sitting here thinking what if our complaint had been filed on? November 1st or October 1st or how far back do you go before you say? Well, you're close enough that we're gonna we're gonna apply a new standard that's yet to be defined Without giving you an opportunity to amend it and and I should note that in the you had an opportunity to amend it Well, we had an opportunity to amend didn't ask for it. Well Respectfully we think we did we acknowledge now that that under the case law putting in a footnote was not sufficient that that is the case Law in the 11th Circuit, but we don't they did it. I Mean, I I'll acknowledge that that's under the case law in the 11th Circuit. That's not sufficient However, that goes back then. I don't think that's necessary because if the court had dismissed the complaint without prejudice We wouldn't need to ask leave to amend at that point. We would if it was dismissed without prejudice We what is the practice in the in your circuit in the 11th Circuit? Uh-huh. Well, I or without Respectfully, I'm based here in DC. I am a member of the of the 11th Circuit, but I will tell you that I don't know that I've ever seen a situation like this where a Party says well, we'd like at least a chance to amend and the court comes back and says not good enough and dismisses when the law has suddenly Changed in looking like Miller you'll find it. Well, the law has suddenly Arguably changed although we don't believe it. It's changed because of Of all the case law that had defined that a form 18 pleading something that aligns with that would satisfy it Walt Wombley Okay, you're you're you're out of time. Thank you counsel. Thank you We thank all parties for the arguments today. The cases are now submitted for consideration Court remains in recess